UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00280-RJC

| | |
|---|---|
| **USA,** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) |
| | ) |
| **BRIAN K. SMITH,** | ) |
| Defendant(s). | ) |

**THIS MATTER** is before the Court upon a motion of the defendant to modify the terms of his probation, (Doc. No. 19), to which the government has not objected.

For the reasons stated in the motion and attached exhibits, the Court finds good cause to amend the conditions of the defendant's probation to remove the requirement of location monitoring technology.

**IT IS, THEREFORE, ORDERED** that the Judgment, (Doc. No. 17), is **AMENDED** to remove the requirement that the defendant's home detention be subject to location monitoring technology. All other conditions remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: April 29, 2013

Robert J. Conrad, Jr.
Chief United States District Judge